UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR L. WASHINGTON, SR., et al.,

    Plaintiffs,

v.        Case No. 8:07-cv-396-T-24 TGW

THE DEPARTMENT OF CHILDREN
AND FAMILIES, et al.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on Plaintiffs' "Motion for Reconsideration of Order to Dismiss and Request for Leave of Court to Amend Entry of Default an Default Judgment Against Defendant Funsch for Failing to Answer or Respond to Plaintiffs' Amended Complaint," which was filed on June 7, 2007. (Doc. No. 85.) Plaintiff Oscar L. Washington, Sr. is proceeding pro se on behalf of himself and his minor children K.W., O.W., Jr., and P.W.

    Plaintiff Washington moves the Court reconsider its prior order granting Defendant DCF's Motion to Dismiss and dismissing Plaintiff's Amended Complaint. Courts have recognized three grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994). Reconsideration of a previous order is an extraordinary remedy that should be used sparingly. *Id.*

    Upon careful consideration, and allowing Plaintiff the "wide latitude" generally afforded pro se litigants, the Court finds that reconsideration is not warranted, as Plaintiff is merely re-

arguing his position and has not presented any new evidence, change in controlling law, or any other reason that justifies the extraordinary relief he seeks. *SEC v Elliott*, 953 F.2d 1560, 1582 (11th Cir. 1992). Plaintiff has failed to put forth a short and plain statement of his claims that shows he is entitled to relief and that gives the defendants fair notice of the claims and the grounds upon which they rest. *Bell Atlantic Corp. v. Twombly*, __ U.S. __, __, 127 S. Ct. 1955, 1964 (2007). For these reasons, Plaintiff has failed to demonstrate that reconsideration is justified. Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Motion for Reconsideration (Doc. No. 85) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of June, 2007.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge